Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                           Civil Action No. 3:15-cv-01814-MLC-DEA

BRYAN HOPKINS,

        Defendant.

## PLAINTIFF'S NOTICE OF SETTLEMENT
## WITH DEFENDANT BRYAN HOPKINS

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, Bryan Hopkins, subscriber assigned IP address 74.90.36.23 ("Defendant"). Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated: July 14, 2015

                                        Respectfully submitted,

                                        By: /s/ *Patrick J. Cerillo*
                                        Patrick J. Cerillo
                                        pjcerillolaw@comcast.net
                                        4 Walter Foran Blvd.
                                        Suite 402
                                        Flemington, NJ 08822

                         Telephone:  (908) 284-0997
                         Facsimile:  (908) 284-0915
                         *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 14, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                         By:  /s/ *Patrick J. Cerillo*_____
                              Patrick J. Cerillo